1
2
3
4
5
6                           UNITED STATES DISTRICT COURT
7                               DISTRICT OF NEVADA
8                                      * * *
9   AMERICAN EUROCOPTER              Case No. 2:12-cv-00222-MMD-PAL
    CORPORATION, et al.,
10                                            ORDER
                         Plaintiff,
11
12        v.
    HELI USA AIRWAYS, INC.,
13
                         Defendants.
14

15        Before the Court is Plaintiffs American Eurocopter Corporation and Eurocopter

16   S.A.S.' Unopposed Motion to Dismiss (dkt. no. 28).  Plaintiffs informed the Court that

17   the parties have finalized and executed settlement documents in this case.  Plaintiffs'

18   Motion is therefore granted.

19        IT IS THEREFORE ORDERED that this case is dismissed.

20        DATED THIS 3rd day of July 2013.

21
22                                      _____
                                        MIRANDA M. DU
23                                      UNITED STATES DISTRICT JUDGE
24
25
26
27
28